## LAW OFFICES OF BOBBI C. STERNHEIM
45 West 21st Street – Suite 3C
New York, New York 10010

212-243-1100
Fax: 888-587-4737

Bobbi C. Sternheim, Esq.
bcsternheim@mac.com

Jillian S. Harrington, Esq.
of counsel

October 1, 2008

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Antonio Guastella
S1 98 Cr. 1325 (SAS)

Dear Judge Scheindlin:

With the consent of AUSA Lee Renzin, I write to respectfully request an enlargement of time to file a submission in support of Antonio Guastella's request for resentencing. Additional time is needed to complete the submission and confer with Mr. Guastella. I have not heard back from Mr. Guastella concerning and restrictions within the facility of Mr. Guastella's confinement have made it difficult for us to confer telephonically. Accordingly I am requesting an enlargement of time to November 7th in which to file Mr. Guastella's submission.

Your consideration is greatly appreciated.

Very truly yours,

BOBBI C. STERNHEIM

cc: AUSA Lee Renzin
    Antonio Guastella