# LAW OFFICES OF BOBBI C. STERNHEIM
156 Fifth Avenue – Suite 823
New York, New York 10010

212-243-1100
Fax: 888-587-4737
bcsternheim@mac.com

March 11, 2009

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Antonio Guastella
S1 98 Cr. 1325 (SAS)

Dear Judge Scheindlin:

With the consent of AUSA Lee Renzin, I write to respectfully request a 30-day adjournment of the proceedings scheduled for March 24, 2009 and additional time to submit papers supplementing the November 8, 2009 letter in support of resentencing. If convenient to the Court, I request that the matter be calendared for a Friday.

I am in the midst of dealing with a serious family medical issue, which has required me to travel back and forth to Connecticut almost daily, and I am preparing for a complex trial commencing on March 29th before the Honorable Nicholas G. Garaufis.

In addition, I am awaiting a requested attorney-client conference call with Mr. Guastella in connection with this matter.

Your consideration is greatly appreciated.

Very truly yours,

BOBBI C. STERNHEIM

cc: AUSA Lee Renzin