UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

ANTONIO GUASTELLA,

Defendant.

------------------------------------------------------X

STATEMENT OF REASONS

S1 98 CR 1325-01 (SAS)



SHIRA A. SCHEINDLIN, U.S.D.J.:

On May 8, 2009, pursuant to a *Crosby* remand, I re-sentenced defendant Antonio Guastella to 160 months in custody for charges including, *inter alia*, wire fraud, conspiracy to commit wire fraud, and conspiracy to commit money laundering. *See* Amended Judgment in a Criminal Case, Document # 253 (filed May 12, 2009). Guastella was originally sentenced to 200 months in custody, after a jury found him guilty of counts 1s, 2s-11s, 12s, 14s, and 17s of the S1 Superseding Indictment. *See* 6/13/01 Jury Verdict.

In re-sentencing Guastella, I took into account the factors outlined in 18 U.S.C. § 3553(a), focusing on the history and characteristics of Guastella, the need to afford adequate deterrence, both specific and general, to the criminal conduct he committed, and the need to provide restitution to the victims of his offenses. *See* 18 U.S.C. § 3553(a)(1), (a)(2)(B) and (a)(7). In sum, I found that a

sentence of 160 months was sufficient to reflect the seriousness of the offenses, to promote respect for the law, and to provide just punishment for the offenses. *See id.* § 3553(a)(2)(A).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
May 3, 2011

## - Appearances -

**For the Defendant:**

David Samel, Esq.
150 Broadway, 20th Floor
New York, NY 10038-4381
(212) 587-9690


**For the Government:**

Lee Renzin
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2723